# No. 25-40035

# In the United States Court of Appeals for the Fifth Circuit

**UNITEDHEALTHCARE BENEFITS OF TEXAS, INC. ET AL.,**
**Plaintiffs-Appellees,**

v.

**CENTERS FOR MEDICARE & MEDICAID SERVICES, ET AL.**
**Defendants-Appellants.**

On Appeal from the United States District Court
for the Eastern District of Texas
Tyler Division
No. 6:24-cv-00357-JDK

**Appellants' Unopposed Motion to Withdraw the Appeal**

Appellants, Centers for Medicare & Medicaid Services and the United States Department of Health and Human Services, hereby move this Honorable Court to dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b)(2) and Rule 42.1 of the Local Rules of the Fifth Circuit Court of Appeals'. Each side will bear their own costs.

Respectfully submitted,

ABE McGLOTHIN, JR.

1

        Acting United States Attorney
Eastern District of Texas

*/s/ James G. Gillingham*
JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
(903) 590-1400
(903) 590-1436 (fax)
Texas State Bar # 24065295

**ATTORNEYS FOR THE APPELLANTS**

### CERTIFICATE OF CONFERENCE

On January 30, 2025, I conferred with counsel for the Appellees who do not oppose the relief sought in this motion.

*/s/ James Gillingham*
James Gillingham

### CERTIFICATE OF SERVICE

On January 31, 2025, I electronically filed this motion with the clerk through the Fifth Circuit's electronic-filing system, which will electronically serve appellant's counsel with a copy of the motion.

*/s/ James Gillingham*
James Gillingham

**CERTIFICATE OF COMPLIANCE**

1. This motion complies with the length limits of Fed. R. App. P. 27(d)(2)(A). It contains 55 words, excluding the parts exempted.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6). It was prepared using Microsoft Word in a proportionally spaced typeface in 14-point size.

                                      */s/ James Gillingham*
                                      James Gillingham