# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 3, 2025
Lyle W. Cayce
Clerk

No. 25-40035

UnitedHealthcare Benefits of Texas, Incorporated; UHC of California; Care Improvement Plus South Central Insurance Company; Preferred Care Partners, Incorporated; UnitedHealthcare Community Plan, Incorporated; Peoples Health, Incorporated; Sierra Health and Life Insurance Company, Incorporated,

*Plaintiffs—Appellees*,

*versus*

Centers for Medicare and Medicaid Services; United States Department of Health and Human Services,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-357

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is dismissed as of February 03, 2025, pursuant to appellant's motion.

No. 25-40035

                     LYLE W. CAYCE
                     Clerk of the United States Court
                     of Appeals for the Fifth Circuit

By: _____
      Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT